# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

136878 & (23)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JONATHAN MOORE, JR.,
   Petitioner-Appellant,

v

DEPARTMENT OF CORRECTIONS,
   Respondent-Appellee.

   SC: 136878
   COA: 283169
   Chippewa CC: 07-009563-AH

_____/

   On order of the Court, the application for leave to appeal the June 16, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for miscellaneous relief is DENIED.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

            Clerk

p1020